# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Monica Leigh Burkhardt, John Coulter, Jamillette Gaxiola, Jessica Hinton a/k/a Jessa Hinton, Brooke Johnson a/k/a Brooke Taylor, Carrie Minter, Eva Pepaj, Katarina Van Derham, And Irina Voronina

*Plaintiff(s)*

v.

Red Roper Club, Ltd d/b/a Electric Cowboy of Fort Smith; Electric Cowboy of Fayetteville, Inc. d/b/a Whiskey 101; Electric Cowboy of Little Rock, Inc. d/b/a Electric Cowboy Little Rock; MLT Management, Inc.; and MLT Management, LLC

*Defendant(s)*

Civil Action No. 2:26-cv-02181-DCF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Electric Cowboy of Fayetteville, Inc. d/b/a Whiskey 101
c/o Steve Harrelson
1321 Scott Street
Little Rock, Arkansas 72202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph N. Casas
The Casas Law Firm, P.C.
11844 Bandera Rd #509
Helotes, Texas 78023
855-267-4457

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/17/2026

Michelle McEntire

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Monica Leigh Burkhardt, John Coulter, Jamillette Gaxiola, Jessica Hinton a/k/a Jessa Hinton, Brooke Johnson a/k/a Brooke Taylor, Carrie Minter, Eva Pepaj, Katarina Van Derham, And Irina Voronina

*Plaintiff(s)*

v.

Red Roper Club, Ltd d/b/a Electric Cowboy of Fort Smith; Electric Cowboy of Fayetteville, Inc. d/b/a Whiskey 101; Electric Cowboy of Little Rock, Inc. d/b/a Electric Cowboy Little Rock; MLT Management, Inc.; and MLT Management, LLC

*Defendant(s)*

Civil Action No.2:26-cv-02181-DCF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Electric Cowboy of Little Rock Inc d/b/a Electric Cowboy Little Rock
c/o Harrelson Law Firm, P.A.
1321 Scott Street
Little Rock, Arkansas 72202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph N. Casas
The Casas Law Firm, P.C.
11844 Bandera Rd #509
Helotes, Texas 78023
855-267-4457

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/17/2026

Michelle McEntire

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Monica Leigh Burkhardt, John Coulter, Jamillette Gaxiola, Jessica Hinton a/k/a Jessa Hinton, Brooke Johnson a/k/a Brooke Taylor, Carrie Minter, Eva Pepaj, Katarina Van Derham, And Irina Voronina

*Plaintiff(s)*

v.

Red Roper Club, Ltd d/b/a Electric Cowboy of Fort Smith; Electric Cowboy of Fayetteville, Inc. d/b/a Whiskey 101; Electric Cowboy of Little Rock, Inc. d/b/a Electric Cowboy Little Rock; MLT Management, Inc.; and MLT Management, LLC

*Defendant(s)*

Civil Action No. 2:26-cv-02181-DCF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MLT Management INC
c/o Harrelson Law Firm, P.A.
1321 Scott Street
Little Rock, Arkansas 72202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph N. Casas
The Casas Law Firm, P.C.
11844 Bandera Rd #509
Helotes, Texas 78023
855-267-4457

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/17/2026

Michelle McEntire

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Monica Leigh Burkhardt, John Coulter, Jamillette Gaxiola, Jessica Hinton a/k/a Jessa Hinton, Brooke Johnson a/k/a Brooke Taylor, Carrie Minter, Eva Pepaj, Katarina Van Derham, And Irina Voronina

*Plaintiff(s)*

v.

Red Roper Club, Ltd d/b/a Electric Cowboy of Fort Smith; Electric Cowboy of Fayetteville, Inc. d/b/a Whiskey 101; Electric Cowboy of Little Rock, Inc. d/b/a Electric Cowboy Little Rock; MLT Management, Inc.; and MLT Management, LLC

*Defendant(s)*

Civil Action No. 2:26-cv-02181-DCF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MLT Management LLC
c/o Fred Irving Ginsberg
3311 Greenoak Place
Tyler, Texas 75701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph N. Casas
The Casas Law Firm, P.C.
11844 Bandera Rd #509
Helotes, Texas 78023
855-267-4457

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/17/2026

Michelle McEntire

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Monica Leigh Burkhardt, John Coulter, Jamillette Gaxiola, Jessica Hinton a/k/a Jessa Hinton, Brooke Johnson a/k/a Brooke Taylor, Carrie Minter, Eva Pepaj, Katarina Van Derham, And Irina Voronina

*Plaintiff(s)*

v.

Red Roper Club, Ltd d/b/a Electric Cowboy of Fort Smith; Electric Cowboy of Fayetteville, Inc. d/b/a Whiskey 101; Electric Cowboy of Little Rock, Inc. d/b/a Electric Cowboy Little Rock; MLT Management, Inc.; and MLT Management, LLC

*Defendant(s)*

Civil Action No. 2:26-cv-02181-DCF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Red Roper Club, Ltd d/b/a Electric Cowboy of Fort Smith
c/o Steve Harrelson
1321 Scott Street
Little Rock, Arkansas 72202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph N. Casas
The Casas Law Firm, P.C.
11844 Bandera Rd #509
Helotes, Texas 78023
855-267-4457

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/17/2026

Michelle McEntire

*Signature of Clerk or Deputy Clerk*

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* __________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

__________
*Printed name and title*

__________
*Server's address*

Additional information regarding attempted service, etc: